UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
JOE HAND PROMOTIONS, INC.,

        Plaintiff,

vs.                                                                    CIVIL ACTION NO. 1:20-cv-06665-JSR

MATTHEW NATHAN, et al.,

        Defendants.
-----------------------------------------------------------x

**PROPOSED ORDER**

THIS COURT having reviewed Plaintiff's Motion to Adjourn the Initial Pretrial Conference and the Court being fully advised in the premises:

HEREBY GRANTS Plaintiff's Motion to Adjourn the Initial Pretrial Conference scheduled for September 9, 2020 at 11:15 AM. The Initial Pretrial Conference is adjourned until September 29, 2020 at 11:00 a.m.

DATED THIS 4th DAY OF September, 2020

                                                            Hon. Jed S. Rakoff, U.S.D.J.